IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TERRIE LYNN GRANADA**                                                                                   **PLAINTIFF**

V.                           CASE NO. 5:22-CV-5195

**SGT. MARIAH CARRIER,**
Washington County Detention Center (WCDC);
**SGT. WILL FOSTER, WCDC;**
**CORPORAL CARLEY EAST, WCDC;**
**DEPUTY HANNAH FRASER, WCDC;** and
**DEPUTY KELLIE GRAMMER, WCDC**                                                         **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration.

**IT IS SO ORDERED** on this 15th day of November, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE